UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:   ) Case No.: 11-10281
         )
ALLEN BEAULIEU and ) Chapter 13
         )
LAURIE BEAULIEU )
         )
Debtors . )

Filed & Entered
On Docket
May 5, 2016

**ORDER DETERMINING THAT THE DEBTORS HAVE CURED ALL PREPETITION MORTGAGE DEFAULTS AND ARE CURRENT ON POST-PETITION MORTGAGE PAYMENTS TO *PHH MORTGAGE CORPORATION***

Upon motion of the Chapter 13 Trustee pursuant to VT LBR 3015-2(j)(8) and notice under Fed. R. Bankr. P. 3002.1(f) for an order determining that the debtors in this case are current on their mortgage payments to *PHH Mortgage Corporatio*n, service of the motion and notice having been given to the mortgagee, Debtors, and Debtors' attorney, and no objection or adverse interest appearing and it appearing to the Court based on the representations of the Trustee's Motion and exhibits, that in fact the debtors are current on their mortgage payments, NOW THEREFORE,

IT IS ORDERED AND DETERMINED AS FOLLOWS:

(1) the debtors have cured any mortgage arrearage or default existing on the date that this bankruptcy case was filed;

(2) the debtors, by their payments through the Office of the Chapter 13 Trustee, have made all payments due during the pendency of this case through May 1, 2016, including all monthly payments and any other charges or amounts due under their mortgage with *PHH Mortgage Corporation.*

(3) the debtors' first post-bankruptcy mortgage payment is to be made directly by the debtors to the mortgagee beginning with the payment due on June 1, 2016.

(4) the mortgagee shall be precluded from disputing that the debtors are current (as set forth herein) in any other proceeding.

May 5, 2016
Burlington, Vermont

_____
Colleen A. Brown
United States Bankruptcy Judge